COURT OF APPEALS
SECOND DISTRICT OF TEXAS
FORT WORTH TEXAS

2-15-072-CV

RECEIVED
FEB 04 2015
COURT OF APPEALS
SECOND DISTRICT OF TEXAS
DEBRA SPISAK, CLERK

LEAVE TO FILE
WRIT OF MANDAMUS

FILED
COURT OF APPEALS
SECOND DISTRICT OF TEXAS
MAR 04 2015
DEBRA SPISAK, CLERK

REALATOR. THEODIS DODSON JR.
PRO, SE

THEODIS DODSON JR. US. THE STATE
TRIAL CASE Number. 1072134
COC No. 1

HONORABLE Judge Elizabeth BEACH

ADDRESSES OF PARTIES:

THEODIS DODSON JR.
#1490901
899 FM 632 / CONNALLY unit
KENEDY TX. 78119
    REALATOR. PRO. SE

HON. Judge ELIZABETH
BEACH COC1
401 W. BELKNAP
FORT WORTH TEXAS
76196
COURT. OF COC 1

# TABLE OF CONTENT

| | PAGE |
|---|---|
| TABLE OF CONTENT | 1 |
| ORAL ARGUMENT | 2 |
| TABLE OF CASES | 3 |
| STATEMENT OF THE CASE | 4 |
| STATEMENT OF FACTS | 5 |
| ISSUE PRESENTED WITH AUTHORITIES | 6, 7 |
| PRAYER | 8 |
| CERTIFICATE OF SERVICE | 8 |
| EXHIBIT "A" ATTACH | 9 |

(1)

# TABLE OF CASES

| | PAGE |
|---|---|
| Buntion v. Harmon 827 SW2d 945, 947 (Tex. Cr. App. 1992) | 6 / 7 |
| Coastal Banc SSB v. Helle 988 SW2d 214, 216 (Tex. 1999) | |
| Ramos v. Richardson 228 SW3d 671, 673 (Tex. 2007) | 7 |
| Stearnes v. Clinton 780 SW2d 216, 219 (Tex. Cr. App. 1989) | 6 |

## STATEMENT OF THE CASE

ON OR ABOUT OCTOBER OF 2014 REALATOR SENT THE HONORABLE JUDGE ELIZABETH BEACH A MOTION TO RECEIVE THE COURT REPORTER RECORD OF THE JURY SELECTION IN TRIAL CASE NUMBER 1072134 IN THE JUDICIAL DISTRICT COURT NUMBER ONE. HE SHOWED THE HONORABLE COURT THAT HE IS INDIGENT AND HE NEEDS THE TRANSCRIPTS IN ORDER TO SHOW THAT HE, HE HAS A BATSON CLAIM AND HE SEEKS AN OUT-OF-TIME APPEAL AND THAT THIS CLAIM IS NOT FRIVOLOUS. HE NEVER GOT A RESPOND, SO HE WROTE THE REQUEST TO THE EIGHTH ADMINISTRATIVE JUDGE DAVID L. EVANS ON DECEMBER 10, 2014 HONORABLE JUDGE DAVID L. EVANS WROTE HIM SEE EXHIBIT A" ATTACH SHOWING THAT HE COPIED MY REQUEST AND SENT. HON. JUDGE ELIZABETH BEACH MY REQUEST AND HE STILL HAS NOT RECEIVED ANYTHING FROM THE JUDGE. IT IS AN ABUSED OF DISCRETION FOR THE JUDGE NOT TO DO A MINISTERIAL DUTY TO RULE ON THE MOTION TO RECEIVE THE TRANSCRIPTS OF ONLY THE JURY SELECTION WHEN THE NEED WAS SHOWN.

# STATEMENT OF FACTS

WITH EXHIBIT A" ATTACH LETTER FROM HONORABLE JUDGE DAVID L. EVANS CLEARLY SHOWS THAT HE FORWARD MY REQUEST TO HONORABLE JUDGE ELIZABETH BEACH ABOUT MY MOTION TO RECEIVED THE TRANSCRIPTS OF ONLY THE JURY SELECTION FOR FREE TO REQUEST FOR A OUT-OF-TIME APPEAL THAT IS NOT FRIVOLOUS. THE HONORABLE JUDGE HAS NOT DONE A MINISTERIAL DUTY TO RULE ON A TIMELY FILED MOTION.

## ISSUE PRESENTED

IS IT AN ABUSED OF DISCRETION FOR THE JUDGE NOT TO MAKE A RULEING ON A TIMELY FILED MOTION TO RECEIVED TRANSCRIPTS OF ONLY THE JURY SELECTION AFTER SHOWING A NEED.

## STANDARD

### MANDAMUS

TO ESTABLISH AN ENTITLEMENT TO MANDAMUS RELIEF, A RELATOR MUST SATISFY TWO REQUIREMENTS (1) THERE MUST BE NO ADEQUATE REMEDY AT LAW TO REDRESS HIS ALLEGED HARM; (2) THE ACT SOUGHT TO BE COMPELLED IS PURELY MINISTERIAL, I.E. THE RELATOR MUST HAVE A CLEAR RIGHT TO THE RELIEF SOUGHT.

SEE. CASE. BUNTION V. HARMON 827 SW2d 945, 947 (TEX. CR. APP 1992); STEARNES V. CLINTON 780 SW2d 216. 219 ( TEX. CR. APP. 1989)

WITH THE STATEMENT OF THE CASE, ALONG WITH THE STATEMENT OF FACTS ON OR ABOUT OCTOBER 2014 REALATOR SENT THE HONORABLE JUDGE ELIZABETH BEACH A MOTION TO RECEIVE A FREE TRANSCRIPTS OF ONLY THE JURY SELECTION TO FILE AN SECOND HABEAS CORPUS SEEKING AN OUT-OF-TIME-APPEAL ON A BATSON CLAIM. WITH ATTACH EXHIBIT A" SHOWS HE WROTE HONORABLE JUDGE DAVID L. EVANS

-6-

REQUESTING THE SAME REQUEST BUT HE STATED HE DOES NOT HAVE JURISDICTION TO RULE ON THE REQUEST, BUT HE COPIED THE REQUEST AND SENT HONORABLE JUDGE ELIZABETH BEACH MY REQUEST ON DECEMBER 10, 2014. HONORABLE BEACH IS THE JUDGE OF COCI IN TRIAL CASE NUMBER 1072134 THAT HAS THE JURY SELECTION OF THE DATES 2-24-08 TO 3-4-2008. SHE STILL HAS NOT MADE AN ATTEMPT TO RULE ON THE MOTION WHICH IS A MINISTERIAL DUTY.

A PARTY MAY FILE A DOCUMENT BY MAILING IT ON TO THE CLERK SEE. RAMOS V. RICHARDSON 228 SW3d 671, 673 (TEX. 2007)

WHEN A DISPUTE ARISES ABOUT THE FILING DATE ON THE DOCUMENT, HOWEVER THE DATE THE DOCUMENT WAS TENDERED TO THE CLERK CONTROLS, EVEN OVER THE FILE STAMP DATE ON THE DOCUMENT SEE. COASTAL BANC SSB V. HELLE. 988 SW2d 214, 216 (TEX. 1999)

WARNER. 135 S.W.3d At 684 (PRO SE INMATE'S DOCUMENT PLACED IN PROPERLY ADDRESSED AND STAMPED ENVELOPE IS DEEMED FILED WHEN PRISON AUTHORITIES RECEIVE DOCUMENT TO BE MAILED.

WITH HON. JUDGE DAVID L. EVANS LETTER SHOWS I PRESENTED A TIMELY REQUEST MOTION SEE. EXHIBIT A" ATTACH

-7-

PLAYER

REALATOR PRAYS FOR RELIEF DEEM JUST

## Certificate of Service

ON THIS 1-27-2015 RELATOR SENT THIS LEAVE TO FILE WRIT OF MANDAMUS TO THE CLERK OF COURT OF APPEALS 2ND DISTRICT OF FORT WORTH TEXAS. FROM THE COMPANY WRIT 899 FM 632 KENDEY TX. 78119

Sincerely

J Lendin Noah

1-29-15

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING DOCUMENT TITLED LEAVE TO FILE WRIT OF MANDAMUS ON HONORABLE JUDGE ELIZABETH BEACH OF CDC1 WAS MAILED DELIVERD TO THE COURT OF APPEALS 2ND DISTRICT OF TEXAS Tim Curry Crim. Just. Ctr. 401 W. BELKNAP. Suite 9000 FT. WORTH TX. 76196 FROM THE COMMUNITY Unit 899 FM 632 KENEDY TX 78119 ON THE DATE SHOWN BY the CLERK'S FILE STAMP ON FEBRUARY 4, 2015 OR ON FEBRUARY 12, 2015 WHEN I Got the Notice

_J. Leodis Dodson_
2-12-2015

RECEIVED

FEB 17 2015

COURT OF APPEALS
SECOND DISTRICT OF TEXAS
DEBRA SPISAK, CLERK

## CERTIFICATE OF SERVICE

I CERTIFY THAT A TRUE AND CORRECT COPY OF THE ABOVE INSTRUMENT DOCUMENT TITLED LEAVE TO FILE WRIT OF MANDAMUS ON HON. JUDGE ELIZA BETH BEACH OF CDC1 WAS MAILED TO THE COURT OF APPEALS CLERK DEBRA SPISAK CLERK OF THE 2ND DISTRICT OF TEXAS Tim Curry Crim. Just. Ctr. 401 W. BELKNAP, Suite 9000 FT. WORTH TEXAS 76196 ON THE DATE SHOWN BY the CLERKS FILE STAMP ON FEBRUARY 4, 2015 OR ON FEB. 12, 2015 WHEN I Got the NOTICED

_J. Leodis Dodson_
2-12-2015

## PRAYER

REALATOR THEODIS DODSON PRAYS THAT THIS HON. COURT WILL FILE THE DOCUMENT THATS ENCLOSED.

_J. Leodis Dodson_
2-12-2015

(11)

Inmate unsworn affidavit verifying truth of factual allegations Certification

I Realator Pro, se Theodis Dodson #1490901 Have reviewed the petition and concluded That every factual statement in the petition is suported by competent evidence including the exhibits all letter by a Judge

J Leadon
Dodson
2-12-15

RECEIVED

FEB 17 2015

COURT OF APPEALS
SECOND DISTRICT OF TEXAS
DEBRA SPISAK, CLERK

(2)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE _____ DISTRICT OF TEXAS
### _____ DIVISION

*Theodis Dodson #1490901*

Plaintiff's name and ID Number

*County Unit*

Place of Confinement

V.

*Both Addresses Are*

*Hon. Judge Elizabeth*
*Beach And Robin Worley*
*401 W. Belknap FT. Worth*
*TX. 76196*

Defendant's name and address

RECEIVED

FEB 0 4 2015

COURT OF APPEALS
SECOND DISTRICT OF TEXAS
DEBRA SPISAK, CLERK

CASE NO._____
(Clerk will assign the number)

## APPLICATION TO PROCEED
## IN FORMA PAUPERIS

I, *Theodis Dodson*, declare, depose, and say I am the Plaintiff in the above entitled case. In support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I state because of my poverty, I am unable to pay in advance the filing fee for said proceedings or to give security for the filing fee. I believe I am entitled to relief.

I, further declare the responses which I have made to the questions and instructions below are true.

1. Have you received, within the last 12 months, any money from any of the following sources?

    a. Business, profession or from self-employment?    Yes ☐ No ☑
    b. Rent payments, interest or dividends?    Yes ☐ No ☑
    c. Pensions, annuities or life insurance payments?    Yes ☐ No ☑
    d. Gifts or inheritances?    Yes ☐ No ☑
    e. Family or friends?    Yes ☑ No ☐
    f. Any other sources?    Yes ☐ No ☑

    If you answered **YES** to any of the questions above, describe each source of money and state the amount received from each during the past 12 months.

    *I get About $20.00 every 6 mths from Family And Friends*

2. Do you own cash, or do you have money in a checking or savings account, including any funds in prison accounts?
       Yes ☐    No ☑

    If you answered **YES** to any of the questions above, state the total value of the items owned.

    *N/A*

1

☆ATCIFP (REV. 9/02)

3. Do you own real estate, stocks, bonds, note, automobiles, or other valuable property, excluding ordinary household furnishings and clothing?

Yes ☐          No ☑

If you answered **YES**, describe the property and state its approximate value.

N/A

**I understand a false statement in answer to any question in this affidavit will subject me to penalties for perjury. I declare (certify, verify, or state) under penalty of perjury that the foregoing is true and correct (28 U.S.C. §1746).**

Signed this the _____29_____ day of ____JANUARY____, 20 _15_.

_____    _1490901_
Signature of Plaintiff                              ID Number

**YOU MUST ATTACH A CURRENT SIX (6) MONTH HISTORY OF YOUR INMATE TRUST ACCOUNT. YOU CAN ACQUIRE THE APPROPRIATE INMATE ACCOUNT CERTIFICATE FROM THE LAW LIBRARY AT YOUR PRISON UNIT.**

It is Attach

RECEIVED
FEB 04 2015
COURT OF APPEALS
SECOND DISTRICT OF TEXAS
DEBRA SPISAK, CLERK

2                                                          ☆ATCIFP (REV. 9/02)

CSINIB02/CINIB02     TEXAS DEPARTMENT OF CRIMINAL JUSTICE        01/30/15
CYME/MP0205:              IN-FORMA-PAUPERIS DATA                 12:39:01
TDCJ#: 00725493 SID#: 04760872 LOCATION: CONNALLY       INDIGENT DTE: 01/16/1
NAME: HARRISON,CHRISTOPHER WAYNE          BEGINNING PERIOD: 07/01/14
PREVIOUS TDCJ NUMBERS:
CURRENT BAL:        0.32 TOT HOLD AMT:        0.00 3MTH TOT DEP:      215.0
6MTH DEP:         375.49 6MTH AVG BAL:        7.00 6MTH AVG DEP:       62.5
MONTH HIGHEST BALANCE TOTAL DEPOSITS    MONTH HIGHEST BALANCE TOTAL DEPOSITS
12/14     111.03           135.00       09/14      69.85           70.49
11/14      39.96            40.00       08/14      19.85           20.00
10/14      29.85            40.00       07/14      55.12           70.00
PROCESS DATE   HOLD AMOUNT    HOLD DESCRIPTION

STATE OF TEXAS COUNTY OF _Karnes_
ON THIS THE _30_ DAY OF _Jan 2015_, I CERTIFY THAT THIS DOCUMENT IS A TRUE,
COMPLETE, AND UNALTERED COPY MADE BY ME OF INFORMATION CONTAINED IN THE
COMPUTER DATABASE REGARDING THE OFFENDER'S ACCOUNT. NP SIG:
PF1-HELP PF3-END ENTER NEXT TDCJ NUMBER: 1490901_ OR SID NUMBER: _____

RECEIVED
FEB 04 2015
COURT OF APPEALS
SECOND DISTRICT OF TEXAS
DEBRA SPISAK, CLERK



Notary Public, State of Texas
My Commission Expires
11-20-2018
Notary Without Bond



Paul D. Martinez
Notary Public, State of Texas
My Commission Expires
11-20-2018
Notary Without Bond

# EXHIBIT "A" ATTACH

(1) HONORABLE JUDGE DAVID L. EVANS
LETTER DATED DECEMBER 10, 2014
THAT HE FORWARD MY REQUEST TO THE
Hon. JUDGE ELIZABETH BEACH



# Eighth Administrative Judicial Region

Office of Presiding Judge

5th Floor, Tarrant County Justice Center
Fort Worth, Texas 76196

December 10, 2014

Counties

ARCHER
CLAY
COOKE
DENTON
EASTLAND
ERATH
HOOD
JACK
JOHNSON
MONTAGUE
PALO PINTO
PARKER
SOMERVELL
STEPHENS
TARRANT
WICHITA
WISE
YOUNG

DAVID L. EVANS
Presiding Judge
Telephone (817) 884-1558

OUIDA STEVENS
Administrative Assistant

TRACY KEMP
Assistant

Telephone (817) 884-1558
FAX (817) 884-1560

E-Mail:
8thAdmin@8thJudicialRegion.com

Mr. Theodis Dodson
#1490901
Connally Unit
899 FM 632
Kenedy, Tx. 78119

Dear Mr. Dodson

Re:    1072134
Theodis Dodson
v.
The State

I have received your request. I don't have jurisdiction to rule on your request. I copying the trial judge with this letter and sending her the original of your request.

Thank you.

Sincerely,

David L. Evans

cc:    Judge Elizabeth Beach
Mr. Robert Ford
Mr. William Ray
Mr. Sean Colston

Court of Appeals
2nd District of Texas
Tarrant County Justice Ctr.
401 W. Belknap, Suite 9000
Ft. Worth Tx. 76196
(1-29-2015)

RECEIVED

FEB 04 2015

COURT OF APPEALS
SECOND DISTRICT OF TEXAS
DEBRA SPISAK, CLERK

Mr. Theodis Dodson Jr
#1490901
Connally Unit
899 Fm 632
Kenedy Tx 78119

Dear Clerk,

Please file my TWO leave to file a
Mandamus on the Judge Elizabeth Beach
And on Court Reporter Robin Worley.
Both Mandamus has Exhibits Mandamus on
Judge Elizabeth Beach has one. Mandamus
on Court Reporter Robin Worley has two
Exhibits. With attach Form a Pauperis (6)
month statement to waive filing fee.
Thank you in this matter. Also
enclosed motion to file less
Brief.

Sincerely
Theodis Dodson
1-29-15



RECEIVED

FEB 04 2015

COURT OF APPEALS
SECOND DISTRICT OF TEXAS
DEBRA SPISAK, CLERK

COURT OF APPEALS CLERK,
2ND DISTICT OF TEXAS
TARRANT COUNTY JUSTICE C___
901 W. BELKNAP, SUITE 90___
FORT WORTH TEXAS 76196

COLEMAN U ___
889 FM 632
KENEDY TEXAS 78119